■ MARK KUCZKA, as Owner of Equity Trust Company IRA Account Number xx722, Appellant, v MATTHEW L. BROWN et al., Respondents. [807 NYS2d 909]—Appeal from an order of the Erie County Court (Michael L. D'Amico, J.), entered September 13, 2004 in an action pursuant to RPAPL article 15. The order granted defendants' motions to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at County Court. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.